

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-21-2005

# CBS Broadcasting Inc v. Echostar Comm Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2861

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"CBS Broadcasting Inc v. Echostar Comm Corp" (2005). *2005 Decisions.* Paper 1327.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1327

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-2861

CBS BROADCASTING, INC.

v.

ECHOSTAR COMMUNICATIONS
CORPORATION

EchoStar Communications Corporation,
EchoStar Satellite Corporation,
Satellite Communications Operating
Corporation and DirectSat Corporation,
Appellants

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
D.C. Misc. No. 02-mc-00402
District Judge:  The Honorable Gary L. Lancaster

Argued:  April 7, 2005

Before: BARRY, AMBRO, and GREENBERG, <u>Circuit Judges</u>

(Opinion Filed:April 21, 2005)

Cynthia A. Ricketts, Esq. (Argued)
Mark A. Nadeau, Esq.
Mitchell W. Fleischmann, Esq.
Squire, Sanders & Dempsey
40 North Central Avenue
Suite 2700
Phoenix, AZ  85004
        -AND-
David J. Hickton, Esq.
John Sieminski, Esq.
Burns, White & Hickton
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

Counsel for Appellants


Neil K. Roman, Esq. (Argued)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
        -AND-
Michael J. Manzo, Esq.
Nancy E. Rostek, Esq.
Klett, Rooney, Lieber & Scherling
One Oxford Centre, 40th Floor
Pittsburgh, PA  15219

Counsel for Appellees

---

OPINION

---


BARRY, Circuit Judge

Echostar Communications Corp. ("Echostar") appeals from an award of discovery

sanctions by the District Court. Although we have grave doubts as to the propriety of any such sanctions on the record presented, we need not reach that question because Echostar was denied notice and an opportunity to be heard before sanctions were ordered. See Angelico v. Lehigh Valley Hospital, Inc., 184 F.3d 268, 279 (3d Cir. 1999). We will, therefore, vacate the District Court's orders of April 17, 2003, May 27, 2004, and May 28, 2004 and remand this matter to the District Court for further proceedings in the event that appellee continues to press its claim for sanctions.